Rowe and Others *v.* Park's Administrator.

APPEAL from the *Tippecanoe* Common Pleas.

*Per Curiam.*—Suit by the appellee against the appellant to foreclose a mortgage. Judgment for the plaintiff. There is no question presented by, nor do we perceive any error in, the record before us. The case was evidently brought here upon a question of time only.

The judgment below is affirmed, with costs and 10 per cent. damages.

*E. A. Greenlee,* for appellant.